# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Map Phin,

    Petitioner,

        v.                                   Case No. 1:17cv200

U.S. Attorney General, *et al.*,           Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 12, 2017 (Doc. 6).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 6) of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Dismiss (Doc. 5) is **GRANTED** and this matter is **DISMISSED**.

    **IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge